# THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# BILLINGS DIVISION

| | |
|---|---|
| TODD KENNETH HOROB,<br><br>    Plaintiff,<br><br>vs.<br><br>THE UNITED STATES DISTRICT COURT – BILLINGS DIVISION and CLERK OF COURT,<br><br>    Defendants. | Cause No. CV 11-00080-BLG-RFC-CSO<br><br>ORDER TO CLOSE FILE |

    Plaintiff Todd Kenneth Horob, a federal prisoner proceeding pro se, submitted a two-page Complaint alleging the Clerk of Court stole money from his wife. Horob did not submit a motion to proceed in forma pauperis and did not pay the filing fee for this matter.

    On July 29, 2011, this Court issued an order advising Horob that in order to institute a civil action in federal court he must either pay a filing fee of $350.00 as required by 28 U.S.C. § 1914(a) or file a motion to proceed in forma pauperis under 28 U.S.C. § 1915. Horob was given

until August 26, 2011 to pay the statutory filing fee of $350.00 or submit a motion to proceed in forma pauperis.  He did neither.

No case has been initiated as there is no filing fee or motion to proceed in forma pauperis.  Horob's Complaint has not been filed, it was simply lodged with the Court.

ACCORDINGLY, the Clerk of Court is directed to close this file.

DATED this 7th day of October, 2011.

/s/ *Carolyn S. Ostby*
United States Magistrate Judge